### APGAR v. CONNELL.

(Supreme Court, Appellate Division, First Department. May 10, 1912.)

PLEADING (§ 280*)—SUPPLEMENTAL ANSWER—FILING AFTER JUDGMENT.

A motion for leave to serve a supplemental answer after entry of a valid final judgment is properly denied.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 842–846; Dec. Dig. § 280.*]

Appeal from Special Term, New York County.

Action by Mary A. Apgar against Ellen Connell. From an order denying leave to serve a supplemental answer, defendant appeals. Affirmed.

See, also, 134 N. Y. Supp. 1093, 1125.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

L. I. Somerville, for appellant.
L. B. Faber, for respondent.

PER CURIAM. When the motion herein was made, a valid final judgment in the action had been entered, and therefore no amendment of the pleadings was proper.

The order appealed from must be affirmed, with $10 costs and disbursements.